# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ST. EVE, AMY J. | U.S. Circuit Court, Seventh Circuit | 05/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

219 South Dearborn Street
Chicago, Illinois 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Public Safety Commissioner |
| 2. | Board Member | Posse Foundation Chicago |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Thompson Reuters (payment for editing chapters in a treatice) | $3,633.36 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Northwestern Medical Faculty Foundation |
| 2. 2020 | Interventional Consultants, LLC |
| 3. 2020 | U.S. Government - Department of Veteran's Affairs |
| 4. 2020 | Great Elm EME, Inc. |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Fidelity Ginnie Mae Mutual Fund | A | Dividend | K | T | | | | | |
| 2. Fidelity Magellan Mutual Fund (monthly purchase of $250) | D | Dividend | M | T | | | | | |
| 3. Fidelity Low Priced Stock Mutual Fd. (monthly purchase $250) | E | Dividend | M | T | | | | | |
| 4. Fidelity Municipal Money Market Account | A | Interest | K | T | | | | | |
| 5. Chase (Cash Accounts) | B | Interest | N | T | | | | | |
| 6. Abbott Laboratories Common Stock | B | Dividend | L | T | Sold (part) | 07/07/20 | J | D | |
| 7. | | | | | Sold (part) | 12/07/20 | K | D | |
| 8. Fidelity Contrafund (Monthly purchase of $250) | D | Dividend | M | T | | | | | |
| 9. Fidelity Select Biotech | | None | J | T | | | | | |
| 10. McDonalds Corp. CS | A | Dividend | K | T | | | | | |
| 11. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 12. Fidelity Strategic Dividend/Income | C | Dividend | K | T | | | | | |
| 13. 529 Unique College Investing Plan (age based) | D | Interest | N | T | | | | | |
| 14. Fidelity Health Care Services | E | Dividend | L | T | | | | | |
| 15. Fidelity Balanced | B | Dividend | J | T | | | | | |
| 16. Bayer | D | Dividend | K | T | | | | | |
| 17. Manchester United | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Invesco American Franchise Mutual Fund | A | Dividend | K | T | | | | | |
| 19. | Invesco European Growth Fund | A | Dividend | J | T | | | | | |
| 20. | Facebook | | None | K | T | Buy<br>(add'l) | 07/31/20 | J | | |
| 21. | | | | | | Buy<br>(add'l) | 08/07/20 | J | | |
| 22. | | | | | | Buy<br>(add'l) | 08/17/20 | J | | |
| 23. | | | | | | Buy<br>(add'l) | 08/26/20 | J | | |
| 24. | | | | | | Buy<br>(add'l) | 11/25/20 | J | | |
| 25. | | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 26. | Palo Alto Networks | | None | K | T | | | | | |
| 27. | Chevron | | None | | | Sold | 02/20/20 | J | C | |
| 28. | JP Morgan | C | Dividend | M | T | Sold<br>(part) | 06/23/20 | J | C | |
| 29. | | | | | | Sold<br>(part) | 07/02/20 | J | C | |
| 30. | | | | | | Sold<br>(part) | 07/07/20 | J | C | |
| 31. | | | | | | Sold<br>(part) | 07/10/20 | J | B | |
| 32. | | | | | | Sold<br>(part) | 08/04/20 | J | B | |
| 33. | | | | | | Sold<br>(part) | 08/06/20 | J | B | |
| 34. | | | | | | Sold<br>(part) | 08/07/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 08/17/20 | J | A | |
| 36. | | | | | Sold (part) | 08/20/20 | J | A | |
| 37. | | | | | Sold (part) | 09/01/20 | J | A | |
| 38. | | | | | Sold (part) | 10/08/20 | J | A | |
| 39. Lennar | A | Dividend | K | T | Sold (part) | 07/13/20 | J | B | |
| 40. Post | | None | K | T | Sold (part) | 07/10/20 | J | B | |
| 41. Union Pacific Railroad | A | Dividend | K | T | | | | | |
| 42. Fidelity Gov't Cash Reserves | A | Interest | L | T | | | | | |
| 43. Alphabet Inc. Cap Stk Class A | B | Dividend | K | T | Buy (add'l) | 02/25/20 | J | | |
| 44. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 45. Amazon | | None | M | T | Buy (add'l) | 04/24/20 | J | | |
| 46. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 47. Apple Inc. | B | Dividend | M | T | Buy (add'l) | 03/17/20 | J | | |
| 48. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 49. | | | | | Buy (add'l) | 06/01/20 | K | | |
| 50. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 51. Berkshire Hathaway Inc. B | | None | K | T | Sold (part) | 04/24/20 | J | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold (part) | 05/06/20 | J | E | |
| 53. | | | | | Sold (part) | 05/12/20 | K | E | |
| 54. | | | | | Sold (part) | 05/20/20 | K | D | |
| 55. | | | | | Sold (part) | 08/04/20 | J | B | |
| 56. Clorox Co. | A | Dividend | J | T | Buy (add'l) | 05/06/20 | J | | |
| 57. | | | | | Buy (add'l) | 05/12/20 | J | | |
| 58. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 59. | | | | | Sold (part) | 11/25/20 | J | A | |
| 60. | | | | | Sold (part) | 11/27/20 | J | A | |
| 61. Goldman Sachs Group Inc. | A | Dividend | K | T | Sold (part) | 06/01/20 | J | C | |
| 62. | | | | | Sold (part) | 07/07/20 | J | C | |
| 63. | | | | | Sold (part) | 07/29/20 | J | C | |
| 64. | | | | | Sold (part) | 07/31/20 | J | B | |
| 65. | | | | | Sold (part) | 08/04/20 | J | B | |
| 66. | | | | | Sold (part) | 08/06/20 | J | A | |
| 67. | | | | | Sold (part) | 08/07/20 | J | A | |
| 68. | | | | | Sold (part) | 08/17/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/18/20 | J | A | |
| 70. | | | | | Sold (part) | 08/20/20 | J | A | |
| 71. | | | | | Sold (part) | 08/31/20 | J | A | |
| 72. | | | | | Sold (part) | 09/15/20 | J | A | |
| 73. | | | | | Sold (part) | 10/08/20 | J | A | |
| 74. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 07/10/20 | J | C | |
| 75. | | | | | Sold (part) | 07/13/20 | J | B | |
| 76. Visa Inc. | A | Dividend | K | T | Sold (part) | 08/17/20 | J | C | |
| 77. | | | | | Sold (part) | 08/18/20 | J | C | |
| 78. | | | | | Sold (part) | 08/20/20 | J | B | |
| 79. Select Sector Spdr Tr Health Care | C | Dividend | M | T | Sold (part) | 07/10/20 | L | B | |
| 80. Vanguard Target 2030 | A | Dividend | | | Sold | 05/06/20 | N | D | |
| 81. Vanguard Index FDS/Vanguard Growth ETF | C | Dividend | N | T | Buy (add'l) | 03/17/20 | K | | |
| 82. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 83. | | | | | Buy (add'l) | 07/10/20 | M | | |
| 84. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 85. | | | | | Buy (add'l) | 11/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Index FDS/Vanguard Small Cap Fund | B | Dividend | M | T | Sold (part) | 07/17/20 | J | A | |
| 87. Vanguard Specialized Funds Div App ETF | C | Dividend | M | T | | | | | |
| 88. Morgan Stanley CD | A | Interest | K | T | | | | | |
| 89. Vanguard Index Funds High Dividend Yield | B | Dividend | L | T | Buy (add'l) | 02/21/20 | J | | |
| 90. | | | | | Sold (part) | 04/20/20 | J | A | |
| 91. | | | | | Sold (part) | 07/10/20 | L | E | |
| 92. | | | | | Sold (part) | 08/18/20 | J | C | |
| 93. | | | | | Sold (part) | 11/11/20 | J | C | |
| 94. | | | | | Sold (part) | 11/30/20 | J | B | |
| 95. Amgen Inc. | A | Dividend | | | Sold | 11/30/20 | J | A | |
| 96. EOG Energy | A | Dividend | | | Sold | 02/21/20 | J | | |
| 97. Freeport McMoran | A | Dividend | | | Sold | 02/21/20 | J | | |
| 98. JP Morgan Growth & Income Fund | A | Dividend | J | T | | | | | |
| 99. PNC Financial | A | Dividend | J | T | Sold (part) | 03/17/20 | J | B | |
| 100. Fidelity Cash Reserves | A | Interest | L | T | | | | | |
| 101. SPDR S&P Dividend ETF | A | Dividend | J | T | Sold (part) | 08/26/20 | J | B | |
| 102. Vanguard Whitehall FDS High Dividend 30K | C | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Vanguard Index Funds Vanguard Value EFT | A | Dividend | J | T | Sold<br>(part) | 06/01/20 | J | A | |
| 104. | | | | | Sold<br>(part) | 06/03/20 | J | B | |
| 105.  Vanguard Bond Index Total Bond Market<br>ETF | A | Dividend | J | T | Buy<br>(add'l) | 02/21/20 | J | | |
| 106. | | | | | Sold<br>(part) | 07/10/20 | J | B | |
| 107.  Ishares Core US Aggregate Bond ETF | A | Interest | J | T | Buy<br>(add'l) | 02/21/20 | J | | |
| 108. | | | | | Sold<br>(part) | 03/17/20 | J | C | |
| 109. | | | | | Sold<br>(part) | 09/11/20 | J | A | |
| 110.  Fidelity Gov Money Market | A | Interest | J | T | | | | | |
| 111.  Tetro-Westwood Mighty Mites | A | Dividend | J | T | | | | | |
| 112.  Citigroup | | None | | | Sold | 11/20/20 | J | | |
| 113.  Walt Disney Company | A | Dividend | K | T | Sold<br>(part) | 03/17/20 | J | A | |
| 114. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 115.  Vanguard Hi Yield Corp. Admiral | B | Dividend | J | T | Buy<br>(add'l) | 08/18/20 | J | | |
| 116. | | | | | Sold<br>(part) | 11/30/20 | J | A | |
| 117.  Vanguard Small Cap Growth | B | Dividend | N | T | Sold<br>(part) | 07/17/20 | J | A | |
| 118.  Vanguard Imax FDS Vang. Growth | A | Dividend | O | T | | | | | |
| 119.  Microsoft | A | Dividend | K | T | Buy<br>(add'l) | 04/24/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 121. | | | | | Buy<br>(add'l) | 07/10/20 | K | | |
| 122. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 123.  Nike Inc. | A | Dividend | J | T | | | | | |
| 124.  Paypal Hldgs Inc. | | None | J | T | Buy<br>(add'l) | 06/23/20 | J | | |
| 125. | | | | | Buy<br>(add'l) | 07/20/20 | J | | |
| 126. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 127. | | | | | Buy<br>(add'l) | 07/10/20 | K | | |
| 128. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 129. | | | | | Buy<br>(add'l) | 08/17/20 | J | | |
| 130. | | | | | Buy<br>(add'l) | 08/26/20 | J | | |
| 131. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 132.  Salesforce.com, Inc. | | None | J | T | Buy<br>(add'l) | 08/26/20 | J | | |
| 133. | | | | | Sold<br>(part) | 12/03/20 | J | B | |
| 134.  Slack | | None | | | Sold | 03/24/20 | J | | |
| 135.  Blackrock Municple Fund` | A | Interest | K | T | | | | | |
| 136.  Bunge Limited | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Marvel Entertainment | | None | K | T | | | | | |
| 138. Federated Prime Obligation Money Market | A | Interest | L | T | | | | | |
| 139. Vanguard ETF Small Cap Fund | A | Dividend | J | T | Buy (add'l) | 03/24/20 | J | | |
| 140. State Street Corp | | None | | | Sold | 03/12/20 | J | | |
| 141. Goldman Sachs CD | A | Interest | K | T | | | | | |
| 142. Etsy Inc. | | None | | | Sold | 03/20/20 | J | | |
| 143. Centene Corp. | A | Dividend | J | T | | | | | |
| 144. Zoetis Inc. | A | Dividend | K | T | Buy (add'l) | 05/06/20 | J | | |
| 145. | | | | | Buy (add'l) | 05/12/20 | J | | |
| 146. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 147. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 148. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 149. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 150. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 151. | | | | | Buy (add'l) | 11/30/20 | L | | |
| 152. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 153. Scotts Miracle-Gro Co | A | Dividend | K | T | Buy (add'l) | 05/06/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 05/12/20 | J | | |
| 155. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 156. | | | | | Buy<br>(add'l) | 07/29/20 | J | | |
| 157. | | | | | Buy<br>(add'l) | 08/17/20 | J | | |
| 158. | | | | | Buy<br>(add'l) | 08/26/20 | J | | |
| 159. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 160.  ServiceMaster Global Holdings, Inc. | | None | | | Sold | 04/08/20 | J | | |
| 161.  Hilton Grand Vacations Inc. | | None | J | T | Sold<br>(part) | 03/17/20 | J | A | |
| 162.  Hilton Worldwide Holdings Inc. | A | Dividend | J | T | Sold<br>(part) | 03/17/20 | J | A | |
| 163.  Park Hotels & Resorts | A | Dividend | | | Buy | 04/08/20 | J | | |
| 164. | | | | | Sold | 07/16/20 | J | A | |
| 165.  Adobe, Inc. | | None | J | T | Buy<br>(add'l) | 05/06/20 | J | | |
| 166. | | | | | Buy<br>(add'l) | 05/12/20 | J | | |
| 167. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 168. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 169. | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 170. | | | | | Buy<br>(add'l) | 08/26/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 172. | | | | | Buy (add'l) | 10/08/20 | J | | |
| 173. Alphabet Inc. Cap Stock | | None | K | T | | | | | |
| 174. DocuSign | | None | L | T | Buy (add'l) | 05/06/20 | J | | |
| 175. | | | | | Buy (add'l) | 05/12/20 | J | | |
| 176. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 177. | | | | | Buy (add'l) | 06/23/20 | J | | |
| 178. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 179. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 180. | | | | | Buy (add'l) | 07/10/20 | K | | |
| 181. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 182. | | | | | Buy (add'l) | 08/18/20 | J | | |
| 183. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 184. Nvidia | A | Dividend | K | T | Buy (add'l) | 05/06/20 | J | | |
| 185. | | | | | Buy (add'l) | 05/12/20 | J | | |
| 186. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 187. | | | | | Buy (add'l) | 07/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 189. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 190. | | | | | Buy<br>(add'l) | 09/15/20 | J | | |
| 191.  SPDR Ser. TR S&P Co. | None | K | | T | Sold<br>(part) | 06/01/20 | J | | |
| 192. | | | | | Sold<br>(part) | 08/26/20 | J | | |
| 193.  Square Inc. CLA | None | J | | T | Buy | 08/07/20 | J | | |
| 194. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 195. | | | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 196. | | | | | Buy<br>(add'l) | 10/08/20 | J | | |
| 197. | | | | | Buy<br>(add'l) | 11/25/20 | J | | |
| 198. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 199.  Tesla Inc. | None | K | | T | Buy | 08/13/20 | J | | |
| 200. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 201. | | | | | Buy<br>(add'l) | 11/30/20 | K | | |
| 202. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 203.  Zebra Technologies Corp. | None | L | | T | Buy | 05/06/20 | J | | |
| 204. | | | | | Buy<br>(add'l) | 05/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 206. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 207. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 208. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 209. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 210. | | | | | Buy (add'l) | 11/30/20 | L | | |
| 211. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 212. Teva Pharmaceuticals | | None | J | T | Buy | 11/24/20 | J | | |
| 213. American Barrick Resources Corp. | A | Dividend | J | T | Buy | 07/13/20 | J | | |
| 214. Caterpillar Inc. | A | Dividend | K | T | Buy | 09/10/20 | J | | |
| 215. The Coca-Cola Company | A | Dividend | K | T | Buy | 09/10/20 | J | | |
| 216. The Trade Desk | | None | K | T | Buy | 02/25/20 | J | | |
| 217. | | | | T | Buy (add'l) | 03/24/20 | J | | |
| 218. | | | | | Sold (part) | 07/13/20 | J | B | |
| 219. Trane Technologies | | None | K | T | Buy | 07/13/20 | J | | |
| 220. Ulta Beauty | | None | K | T | Buy | 04/29/20 | J | | |
| 221. Square | | None | J | T | Buy | 03/24/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Moderna | | None | K | T | Buy | 10/06/20 | J | | |
| 223. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 224. AudioCodes Ltd. | A | Dividend | | | Buy | 08/13/20 | J | | |
| 225. | | | | | Sold | 11/20/20 | J | | |
| 226. SPDR S&P Biotech ETF | A | Dividend | K | T | Buy | 11/11/20 | K | | |
| 227. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 228. Vanguard Dividend Appreciation ETF | A | Dividend | J | T | Buy | 02/21/20 | K | | |
| 229. | | | | | Sold (part) | 09/11/20 | K | C | |
| 230. | | | | | Sold (part) | 11/11/20 | K | C | |
| 231. | | | | | Sold (part) | 11/30/20 | L | D | |
| 232. Vanguard High Yield Tax Exempt | A | Dividend | J | T | Buy | 08/18/20 | J | | |
| 233. | | | | | Sold (part) | 09/11/20 | J | A | |
| 234. I-Share S&P Mid Cap 400 Growth Fund | A | Dividend | J | T | Buy | 02/21/20 | J | | |
| 235. | | | | | Sold (part) | 08/18/20 | J | B | |
| 236. Fidelity Growth Co. (See Note 1 in Part VIII) | C | Dividend | N | T | Buy | 05/06/20 | N | | |
| 237. Ariel Appreciation Fund Investor Class (See Note 1 in Part VIII) | B | Dividend | L | T | Buy | 05/06/20 | L | | |
| 238. Vanguard Small-Cap Index Fund Inst. Shares (See Note 1, Part VIII) | B | Dividend | L | T | Buy | 05/06/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ST. EVE, AMY J.** | 05/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes

1. My spouse's employer makes automatic contributions to this fund as part of his retirement.

| Name of Person Reporting | Date of Report |
|---|---|
| **ST. EVE, AMY J.** | 05/14/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ AMY J. ST. EVE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544